### 16374. DIMOND v. SHACKELFORD.

BLOODWORTH, J. 1. The court did not err in any of the rulings relating to the pleadings, of which error is alleged in the exceptions pendente lite.

2. None of the special grounds of the motion for a new trial shows any reason why the judgment of the trial court should be reversed.

3. A verdict for the full amount sued for was properly directed.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 9, 1925. REHEARING DENIED JULY 14, 1925.

Attachment; from city court of Bainbridge—Judge Spooner. March 2, 1925.

*W. I. & P. Z. Geer,* for plaintiff in error.

*J. C. Hale,* contra.